■ FRANK CELLA, Respondent, v FORDHAM UNIVERSITY, Appellant. [644 NYS2d 53]

Defendant's favorable evaluations of plaintiff's job performance for over a decade and up until the time plaintiff turned 60 years old raise an issue of fact as to whether poor job performance was a pretext for age discrimination (see, Matter of O'Connor v Frawley, 175 AD2d 781). Concur—Sullivan, J. P., Milonas, Ross, Tom and Mazzarelli, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY GRIFFIN, Appellant. [643 NYS2d 998]

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within 30 days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Sullivan, J. P., Milonas, Ross, Tom and Mazzarelli, JJ.